PASARO BUILDERS, INC. v. TOWNSHIP OF PISCATAWAY.

July 21, 1982.

Petition for certification granted. (See 184 *N.J.Super.* 344)

STATE OF NEW JERSEY v. EDWARD MACK.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT STANKIEWICZ.

July 21, 1982.

Petition for certification denied.